United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TIFFANY EVANS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-4467 |
| | § | |
| RELIABLE CHEVROLET, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 4, 2026, this case was referred to United States Magistrate Judge Dena Hanovice Palermo for all pretrial purposes. (Dkt. 19). Judge Palermo filed a Report and Recommendation on June 24, 2026, recommending that this case be dismissed with prejudice under Federal Rule of Civil Procedure 41(b). (Dkt. 22).

No objections have been filed to the Report and Recommendation. Accordingly, the Court reviews the Report and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Palermo's Report and Recommendation (Dkt. 22) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) This case is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(b).

It is so **ORDERED**.

SIGNED at Houston, Texas on August 11, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE